UNITED STATES BANKRUPTCTY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In the Matter of:

NNIKA EVANGELINE WHITE

## ORDER

The Court has been presented with a Summary Order entered on November 20, 2015, by the Virginia State Bar Disciplinary Board in the Matter of Nnika Evangeline White ("White"), VSB Docket No. 15-102065, suspending Ms. White's license to practice law in the Commonwealth of Virginia for a period of three years, effective on the date of the Summary Order.  Rule 2090-1 (B) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia provides that in order to maintain the right to practice before this Court, an attorney shall be and at all times must remain a member in good standing of the Bar of the Commonwealth of Virginia.  It appearing that Nnika Evangeline White, by virtue of the Summary Order entered by the Virginia State Bar Disciplinary Board on November 20, 2015, is no longer a member in good standing of the Bar of the Commonwealth of Virginia, and finding good cause therefore,

IT IS ORDERED that the Clerk's Office open a Miscellaneous Proceeding styled "In re White" for purposes of conducting proceedings in this matter; it is

FURTHER ORDERED that White be removed as a member of the Bar of this Court under Local Rule 2090-1 (A) pending reinstatement of her license to practice law in the Commonwealth of Virginia; it is

FURTHER ORDERED that White shall be, and hereby is, enjoined from practicing law before the United States Bankruptcy Court for the Eastern District of

Virginia concurrently with the suspension of her license to practice law in the

Commonwealth of Virginia; it is

FURTHER ORDERED that, effective immediately, White shall no longer be an

authorized CM/ECF user with access to the Court's live database; it is

FURTHER ORDERED that the Clerk is directed to designate White's status as

"DISBARRED" in the "Office" line of White's CM/ECF User Account; and, it is

FURTHER ORDERED that the Chapter 13 Trustees currently administering

cases in which White serves as counsel to the Debtor suspend the payment of additional

attorney's fees to White pending further Court Order.

Let the Clerk serve a copy of this Order on Nnika Evangeline White, the United

States Trustee and the Chapter 13 Trustees currently administering cases in which White

serves a counsel to the debtor.

ENTERED:  November 25, 2015          /s/ Keith L. Phillips
                                                        UNITED STATES BANKRUPTCY JUDGE


                                         Entered on Docket:  November 25, 2015


Copies to:

Nnika E. White
Law Office of White & Associates
9101 Midlothian Turnpike Suite 800
Richmond, VA 23235

Judy A. Robbins,
Office of the U.S. Trustee - Region 4 –R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

Bruce H. Matson
LeClair Ryan, A Professional Corporation
919 East Main Street 24th Floor
Richmond, VA 23219