# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re: Nnika E. White,           Miscellaneous Proceeding No. 15-00303-KLP

## ORDER

In light of the suspension of the license of Nnika E. White to practice law in the Commonwealth of Virginia for a period of three years, as set forth in greater detail in the Court's amended order entered in this Miscellaneous Proceeding on November 30, 2015, it is

ORDERED that the provisions of Local Bankruptcy Rules 1006-1, 1007-1, 1007-3, 2003-1, 3015-2(H) and 3070-1(C) authorizing the Clerk to enter an order dismissing a case without notice or hearing in certain circumstances are suspended, in those cases in which Nnika E. White was serving as counsel for the debtor at the time of White's November 15, 2015, suspension, and the Clerk, in lieu of dismissing any such case, shall issue a notice of hearing for the debtor to show cause why the case should not be dismissed.

Signed: December 11, 2015           /s/ Keith L. Phillips
                                    United States Bankruptcy Judge

Copies:

Nnika E. White Law
Office of White & Associates
9101 Midlothian Turnpike Suite 800
Richmond, VA 23235

Judy A. Robbins,
Office of the U.S. Trustee - Region 4 –R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

Bruce H. Matson
LeClair Ryan, A Professional Corporation
919 East Main Street 24th Floor
Richmond, VA 23219

Lynn L. Tavenner
20 N 8th St
Richmond, VA 23219